IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                    Plaintiff,                                    ORDER
            v.
                                                          Case No. 10-cr-179-bbc

KIRK MEICHER FRANCE,
                    Defendant.

The defendant in the above-entitled case has been:

_____      convicted of the charge against him and no appeal is pending.
                Therefore, it is directed that the passport be transferred to the
                State Department.

                The State Department is not to reissue a passport without
                approval of U.S. Probation.

_____      convicted of the charge against him and no appeal is pending.
                Therefore, it is directed that the passport be transferred to the
                INS Regional Office, Milwaukee, Wisconsin.

____X____       convicted of the charge against him and has completed his
                term of imprisonment. Therefore, upon the consent of
                U.S. Probation, it is directed that the passport be returned
                to the defendant or his authorized representative.

_____      Defendant deceased. Therefore, it is directed that the passport
                be returned to the State Department.

Date : _____11-10-11_____.

                                        BY THE COURT:

                                        _____
                                        STEPHEN L. CROCKER
                                        Magistrate Judge